UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:24-cv-12417 PBS

KIMBERLY MACK,
        Plaintiff,

v.

ALEXANDRA MAY and KAILEY JACOBS.
        Defendants.

### DEFENDANTS' MOTION FOR SANCTIONS

Defendants Alexandra May ("Officer May") and Kailey Jacobs ("Officer Jacobs") (collectively "Officers") move pursuant to Fed. R. Civ. P. 37 (2)(A)(ii) to sanction the Plaintiff for repeated, delayed discovery responses. Specifically, the Defendants' seek that the Plaintiff be sanctioned by deeming her right to propound discovery and depose the Defendants waived. In support of this request, Defendants state as follows:

1) Plaintiff's Complaint was first filed with the Court on September 21, 2024. (*See* ECF 1.) Plaintiff's Amended Complaint was filed on December 16, 2024. (*See* ECF 9.)

2) On March 14, 2025, the Court approved the following joint scheduling statement. (*See* ECF 33.) The approved relevant deadlines included:

    a. Initial Disclosures-April 18, 2025;

    b. Written Discovery (to be served)-May 23, 2025;

    c. Fact Discovery and Depositions-Final Deadline-July 18, 2025.

3) On April 7, 2025, the Parties were scheduled to appear before the Court for a Meditation Status Conference. Defendants' counsel appeared; Plaintiff's counsel did not. (*See* ECF 36.)

1

8/7/25
ALLOWED without opposition.
Patti B Saris